**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
901 19th Street, Denver, CO 80294

```
          FILED
    U.S. DISTRICT COURT
   DISTRICT OF COLORADO

    2025 OCT 27  PM 3: 15

    JEFFREY P. COLWELL
           CLERK
_____
BY_____DEP. CLK
```

**Plaintiff:**
**MERSAD RAHMANOVIC**, an individual
8228 Maverick Ln
Ordway, CO 81063
Phone: 303-931-2636
Email: mersad1000@aol.com

v.

**Defendants:**
**SARAH M. ANDRZEJCZAK**, an individual;
**BUCHALTER P.C.**, a law firm; and
**KEIRTON INC.**, a foreign corporation, Canadian
(Address of Buchalter: 1099 18th St, Suite 1900, Denver, CO 80202)
(Address of Keirton Inc.: 9445 189 St, Surrey, BC V4N 5L8, Canada)

Case No.: _____
Judge: _____

---

# VERIFIED FEDERAL CIVIL RIGHTS COMPLAINT

*(42 U.S.C. §§ 1983 & 1985; 28 U.S.C. §§ 1331 & 1343)*

---

## I. INTRODUCTION

1. Plaintiff brings this verified civil-rights action under the Constitution and laws of the United States to redress violations of his **due process, equal protection, and access to courts**.
2. Defendants, acting jointly and under color of state law, misused Colorado judicial procedures, caused Plaintiff's wrongful arrest, and engaged in coercive conduct targeting Plaintiff's family.
3. This action constitutes a **parallel federal proceeding** arising from the same events as *Rahmanovic v. Andrzejczak, Buchalter P.C., and Keirton Inc.*, Case No. 25CV765 (Denver District Court), but presents distinct **federal constitutional claims.**

---

## II. JURISDICTION AND VENUE

4. Jurisdiction exists under 28 U.S.C. §§ 1331 and 1343.
5. Venue is proper under 28 U.S.C. § 1391(b) because all relevant acts occurred in Denver, Colorado.

## III. PARTIES

6. Plaintiff **Mersad Rahmanovic** is a resident of Crowley County, Colorado.
7. Defendant **Sarah M. Andrzejczak** is a Colorado attorney employed by Buchalter P.C., 1099 18th St, Suite 1900, Denver, CO 80202.
8. Defendant **Buchalter P.C.** is a law firm doing business in Colorado.
9. Defendant **Keirton Inc.** is a foreign corporation headquartered in British Columbia, Canada, acting through Buchalter as its agent.

## IV. FACTUAL BACKGROUND

10. Plaintiff was a named defendant in *Keirton Inc. v. Trava LLC and Mersad Rahmanovic*, Case No. 2022CV30014 (Crowley County).
11. After judgment, Defendants continued post-judgment actions against Plaintiff through misuse of process.
12. Upon withdrawal of Plaintiff's counsel, Defendant Andrzejczak agreed to personally serve Plaintiff with all filings.
13. She later filed a **Motion for Contempt** but failed to notify Plaintiff of the scheduled hearing.
14. The court held the hearing in Plaintiff's absence, found him in contempt, and issued a **warrant for his arrest**.
15. Only after the hearing did Defendant Andrzejczak inform Plaintiff of the arrest warrant.
16. Plaintiff voluntarily surrendered to the Crowley County Sheriff.
17. Defendant Andrzejczak then offered to withdraw the contempt if Plaintiff would produce his brother, **Dzevad Rahmanovic**, as a witness favorable to Keirton.
18. **Dzevad Rahmanovic** was not a party to the Crowley case, yet Defendants issued subpoenas and discovery demands targeting him to pressure Plaintiff.
19. The contempt proceeding was later withdrawn and dismissed.
20. Defendants' acts deprived Plaintiff of liberty and due process, caused reputational harm, emotional distress, and financial injury.

## V. CLAIMS FOR RELIEF

**COUNT I – 42 U.S.C. § 1983**

**(Procedural Due Process and Access to Courts)**
21. Defendants, acting under color of state law, deprived Plaintiff of notice, opportunity to be heard, and fair judicial process, violating the Fourteenth Amendment.
22. Their conduct resulted in unlawful deprivation of liberty through the issuance and execution of a contempt warrant.

## COUNT II – 42 U.S.C. § 1983

**(Retaliation for Protected Petitioning)**
23. Plaintiff lawfully exercised his right to defend and petition in court.
24. Defendants retaliated by filing misleading pleadings, withholding notice, and pursuing contempt to deter Plaintiff's exercise of his rights.

## COUNT III – 42 U.S.C. § 1985(2)-(3)

**(Conspiracy to Obstruct Justice and Deny Equal Protection)**
25. Defendants conspired to misuse court process, obstruct justice, and intimidate Plaintiff and his family.
26. Each Defendant acted in concert to deprive Plaintiff of equal protection and access to fair legal proceedings.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

A. Declare that Defendants violated Plaintiff's rights under the Constitution and laws of the United States;
B. Enter injunctive relief restraining Defendants from further misuse of judicial process or retaliation against Plaintiff;
C. Award compensatory damages **in an amount to be determined at trial but not less than $1,000,000 for each Count**;
D. Award punitive damages as permitted by law;
E. Award costs, expenses, and reasonable attorney's fees pursuant to 42 U.S.C. § 1988; and
F. Grant such other and further relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

## VIII. VERIFICATION AND BANKRUPTCY NOTICE

I, **Mersad Rahmanovic**, verify under oath that the facts stated herein are true and correct. Plaintiff is a debtor in **Case No. 25-12622-MER (Ch. 7, D. Colo.)** and expressly reserves his personal civil-rights claims arising independently of the bankruptcy estate.

---

/s/ MERSAD RAHMANOVIC
**MERSAD RAHMANOVIC, Pro Se**
8228 Maverick Ln Ordway, CO 81063
Phone: (303) 931-2636 Email: mersad1000@aol.com

NOTARY,

**CLAIRE BROTHERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254033616
MY COMMISSION EXPIRES 09/09/2029**

Subscribed and sworn before me this 27th ___, day of **October 2025**.

## CERTIFICATE OF SERVICE

I certify that on this 27th day of **October 2025**, I filed the foregoing **Verified Federal Civil Rights Complaint** with the Clerk of the United States District Court for the District of Colorado.

Upon issuance of summons, I will cause true and correct copies of the Complaint and Summons to be served pursuant to **Fed. R. Civ. P. 4** upon:

**Sarah M. Andrzejczak**
Buchalter P.C.
1099 18th Street, Suite 1900
Denver, CO 80202

**Buchalter P.C.**
c/o Registered Agent for Service in Colorado
1099 18th Street, Suite 1900
Denver, CO 80202

**Keirton Inc.**
c/o Chief Executive Officer
9445 189 Street
Surrey, BC V4N 5L8, Canada

Respectfully submitted,

/s/ **MERSAD RAHMANOVIC**
**MERSAD RAHMANOVIC, Pro Se**
8228 Maverick Lane
Ordway, CO 81063
Phone: (303) 931-2636
Email: mersad1000@aol.com

## CERTIFICATE OF SERVICE

I certify that on the 27th day of **October 2025**, I served a true and correct copy of this **Notice of Parallel Federal Action** by [☐ personal / ☐ certified mail / ☒ E-file] upon:

**Sarah M. Andrzejczak** and **Scott L. Evans**
Buchalter P.C.
1099 18th Street, Suite 1900
Denver, CO 80202

/s/ **MERSAD RAHMANOVIC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

901 19th Street, Denver, CO 80294

---

### SUMMONS IN A CIVIL ACTION

**Case No.:** _____
**Judge:** _____

**Plaintiff:**
**MERSAD RAHMANOVIC**, an individual
8228 Maverick Lane
Ordway, CO 81063
Phone: 303-931-2636
Email: mersad1000@aol.com

v.

**Defendants:**
**SARAH M. ANDRZEJCZAK**, an individual;
**BUCHALTER P.C.**, a law firm; and
**KEIRTON INC.**, a foreign corporation (Canadian).

---

### TO: DEFENDANT – SARAH M. ANDRZEJCZAK

Buchalter P.C.
1099 18th Street, Suite 1900
Denver, CO 80202

A lawsuit has been filed against you.
Within **21 days** after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

**Clerk of Court, United States District Court**
District of Colorado
901 19th Street, Denver, CO 80294

Issued on: _____

By: _____
**Deputy Clerk**

---

## SUMMONS IN A CIVIL ACTION

**Case No.:** _____
**Judge:** _____

**TO: DEFENDANT – BUCHALTER P.C.**
Registered Agent or Managing Partner
1099 18th Street, Suite 1900
Denver, CO 80202

Same instructions as above apply.
Response required within **21 days** after service.

Issued on: _____
By: _____
**Deputy Clerk**

---

## SUMMONS IN A CIVIL ACTION

**Case No.:** _____
**Judge:** _____

**TO: DEFENDANT – KEIRTON INC.**
9445 189 Street
Surrey, British Columbia, Canada V4N 5L8

You are hereby notified that a complaint has been filed in the United States District Court for the District of Colorado.
Because you are a foreign corporation, this summons may be served pursuant to the **Hague Service Convention** or other applicable international treaty.
You must respond within **60 days** after service under Fed. R. Civ. P. 4(f).

Issued on: _____
By: _____
**Deputy Clerk**

# PROOF OF SERVICE (RETURN OF SERVICE)

**United States District Court, District of Colorado**
Case No.: _____

**Plaintiff:** Mersad Rahmanovic
**Defendant:** (Check one)
☐ Sarah M. Andrzejczak
☐ Buchalter P.C.
☐ Keirton Inc.

I, _____, being at least 18 years of age and not a party to this action, served summons and complaint as follows:

- **Date of Service:** _____
- **Method of Service:** ☐ Personal Delivery ☐ Certified Mail ☐ Other: _____
- **Person Served / Title:** _____
- **Address Where Served:** _____

**I declare under penalty of perjury** that the foregoing is true and correct.

Executed on _____, 2025.

_____

Signature of Server
Printed Name: _____
Address: _____
Phone: _____

**/s/ MERSAD RAHMANOVIC**
Plaintiff, Pro Se
8228 Maverick Lane
Ordway, CO 81063
Phone: 303-931-2636